IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:11-cr-79 |
| - vs - | : | Chief Judge Susan J. Dlott |
| | | Magistrate Judge Michael R. Merz |
| CHARLES L. PATTON, | : | |
| Defendant. | : | |
| | : | |

---

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION**

---

The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. #139), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendation.

Accordingly, it is hereby ORDERED that Grounds One, Two, Three, and Four of the Motion to Vacate under 28 U.S.C. § 2255 filed October 28, 2013 (Doc. #132), are procedurally defaulted and are dismissed with prejudice. The case remains pending on Defendant's Amended § 2255 Motion (Doc. No. 140).

February 20, 2014.

_Susan J. Dlott_
Susan J. Dlott
Chief United States District Judge