# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

      Plaintiff,  :  Case No. 1:11-cr-079
              Civil Case No. 1:13-cv-775

              Chief Judge Susan J. Dlott
- vs -           Magistrate Judge Michael R. Merz

CHARLES L. PATTON,

      Defendant.  :

## ORDER

This § 2255 case is before the Court on the Report and Recommendations (Doc. No. 146) of United States Magistrate Judge Michael R. Merz to whom this case was referred pursuant to the General Order of Reference for this District. Defendant has objected (Doc. No. 147).

The Court has reviewed the findings and conclusions of the Magistrate Judge and has considered de novo all of the filings in this case with particular attention to the issues as to which Petitioner has lodged objections. Having done so, the Court determines that the Magistrate Judge's recommendations should be adopted.

Accordingly, it is hereby ORDERED that the original and Amended § 2255 Motions herein be dismissed with prejudice and that Defendant be denied a certificate of appealability.

1

The Court hereby certifies to the Sixth Circuit Court of Appeals that any appeal from this Order would be objectively frivolous.

June 13, 2014.

                                                                Susan J. Dlott, Chief Judge
                                                                United States District Court